No. 47533.—Protests 862342–G, etc., of Abels Wasserberg & Co. et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 47534.—Protests 981345–G, etc., of Accordion Corporation of Amer. et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, SEPTEMBER 10, 1942

No. 47535.—Protests 67294–K, etc., of Parker Fur Co. et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 47536.—Protests 849663–G, etc., of Harrison Bros. et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

SEPTEMBER 9, 1942

No. 47537.——Protests 814–K, etc., of E. C. Carter & Son. Motion of Government for rehearing denied.

No. 47538.——Protests 80928–K, etc., of American Merchandise Co., Inc. Plaintiff's application for rehearing granted.

SEPTEMBER 11, 1942

No. 47539.——Protest 65990–K of J. E. Bernard & Co., Inc. C. D. 661. Motion of Government for rehearing denied.

SEPTEMBER 11, 1942

No. 47540.—SUIT 4376.——*Marks Bros., Inc.* v. *United States.* C. D. 534 affirmed. C. A. D. 210.